**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| YORK DEVELOPMENT LIMITED PARTNERSHIP, | : No. 737 MAL 2017 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC., | : |
| Petitioner | : |
| YORK DEVELOPMENT LIMITED PARTNERSHIP, | : No. 738 MAL 2017 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC., | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

AND NOW, this 3rd day of April, 2018, the Petition for Allowance of Appeal is

DENIED.